CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 19, 2023**

**United States Bankruptcy Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>FRESH ACQUISITIONS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. Case No. 21-30721 (SGJ)<br>(Jointly Administered) |
| DAVID GONZALES, TRUSTEE OF THE FRESH ACQUISITIONS LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>KANE RUSSELL COLEMAN LOGAN PC,<br><br>Defendant. | **Adv. No. 22-03096-sgj**<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Having reviewed the *Stipulation to Dismiss Without Prejudice* [Adversary Doc. No. 10], and good cause appearing, it is hereby ORDERED as follows:

1. All claims and causes of action alleged in the Complaint filed September 27, 2022 [Adversary Doc. No. 1] are hereby dismissed without prejudice.

2. All upcoming deadlines, hearings, trial deadlines and conferences are hereby vacated.

3. Each Party shall bear its own attorneys' fees and costs.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # # END OF ORDER # # #

AGREED TO IN FORM AND SUBSTANCE BY:

By: */s/ Carolyn J. Johnsen*
Carolyn J. Johnsen
Texas Bar No. 19844600
Amanda E. Newman
Arizona Bar No. 032462 (admitted N.D. Tex.)
Kathryn E. Gasior
Arizona Bar No. 037062 (admitted N.D. Tex.)
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
cjjohnsen@dickinsonwright.com
anewman@dickinsonwright.com
kgasior@dickinsonwright.com
*Counsel for the Plaintiff*

By: */s/ Kyle Woodard*
Kyle Woodard
Texas Bar No.
901 Main Street, Suite 5200
Dallas, TX 75201
Telephone: (214) 777-4296
Facsimile: (214) 777-4299
kwoodard@krcl.com
*Counsel for the Defendant*