CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed January 19, 2023**

**United States Bankruptcy Judge**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>FRESH ACQUISITIONS, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. Case No. 21-30721 (SGJ)<br>(Jointly Administered) |
| DAVID GONZALES, TRUSTEE OF THE FRESH ACQUISITIONS LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>KANE RUSSELL COLEMAN LOGAN PC,<br><br>Defendant. | **Adv. No. 22-03096-sgj**<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE** |

Having reviewed the *Stipulation to Dismiss Without Prejudice* [Adversary Doc. No. 10], and good cause appearing, it is hereby ORDERED as follows:

1. All claims and causes of action alleged in the Complaint filed September 27, 2022 [Adversary Doc. No. 1] are hereby dismissed without prejudice.

2. All upcoming deadlines, hearings, trial deadlines and conferences are hereby vacated.

3. Each Party shall bear its own attorneys' fees and costs.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # # END OF ORDER # # #

AGREED TO IN FORM AND SUBSTANCE BY:

By: */s/ Carolyn J. Johnsen*
Carolyn J. Johnsen
Texas Bar No. 19844600
Amanda E. Newman
Arizona Bar No. 032462 (admitted N.D. Tex.)
Kathryn E. Gasior
Arizona Bar No. 037062 (admitted N.D. Tex.)
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, Arizona 85004
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
cjjohnsen@dickinsonwright.com
anewman@dickinsonwright.com
kgasior@dickinsonwright.com
*Counsel for the Plaintiff*

By: */s/ Kyle Woodard*
Kyle Woodard
Texas Bar No.
901 Main Street, Suite 5200
Dallas, TX 75201
Telephone: (214) 777-4296
Facsimile: (214) 777-4299
kwoodard@krcl.com
*Counsel for the Defendant*

United States Bankruptcy Court

Northern District of Texas

Gonzales,
Plaintiff

Adv. Proc. No. 22-03096-sgj

Kane Russell Coleman Logan PC,
Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 20, 2023 | Form ID: pdf001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | David Gonzales, c/o Dickinson Wright PLLC, 1850 North Central Avenue, Ste 1400, Attn: William Novotny, Phoenix, AZ 85004-4568 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion06.da.ecf@usdoj.gov | Jan 20 2023 21:31:00 | United States Trustee, 1100 Commerce Street, Room 976, Dallas, TX 75242-0996 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Jan 20 2023 21:31:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 22, 2023 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amanda Newman | on behalf of Plaintiff David Gonzales anewman@dickinsonwright.com nfrancini@dickinsonwright.com |
| Carolyn J. Johnsen | |

on behalf of Plaintiff David Gonzales cjjohnsen@dickinsonwright.com jhawkins@dickinsonwright.com

Kathryn Gasior
on behalf of Plaintiff David Gonzales kgasior@dickinsonwright.com lhipolito@dickinsonwright.com

Kyle Woodard
on behalf of Defendant Kane Russell Coleman Logan PC kwoodard@krcl.com KWoodard@ecf.courtdrive.com

TOTAL: 4